# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LOUIS TREHERN,<br><br>Defendant. | Case No. 20cr0611-JLS<br><br>**ORDER ALLOWING THE DISPOSITION OF THE SEIZED VEHICLE** |

On motion of the United States, for GOOD CAUSE SHOWN and given the Defendant's fugitive status for more than a year, the United States is authorized to cease preserving the 2001 Honda Accord bearing California license plate 8FOZ067 that was seized in this case and lawfully dispose of the vehicle.

IT IS SO ORDERED.

Dated: May 12, 2022

Hon. Janis L. Sammartino
United States District Judge